# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162194

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MARY BLAND, LINDA DEFLORIO,
LAWRENCE DALY, DANIEL GEORGE,
FAY LIST, and SHARON INGRAM,
      Plaintiffs-Appellants,

v

SC: 162194
COA: 347533
Genesee CC: 17-110265-CK

BOARD OF HOSPITAL MANAGERS OF
HURLEY MEDICAL CENTER, a/k/a HURLEY
MEDICAL CENTER,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

p0526